1  ISMAIL J. RAMSEY (CABN 189820)
   United States Attorney
2
   MARTHA BOERSCH (CABN 126569)
3  Chief, Criminal Division

4  RYAN ARASH REZAEI (CABN 285133)
   Assistant United States Attorney
5
      450 Golden Gate Avenue, Box 36055
6     San Francisco, California 94102-3495
      Telephone: (415) 436-7200
7     FAX: (415) 436-7234
      ryan.rezaei@usdoj.gov
8
   Attorneys for United States of America
9

10

11

12

13 | UNITED STATES OF AMERICA,

14 |     Plaintiff,

15 |     v.

16 | GABRIEL PAUL IORACHE,

17 |     Defendant.

18

```
FILED

Jan 25 2024

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

CASE NO. 3:24-mj-70097 MAG

NOTICE OF PROCEEDINGS ON OUT-OF-
DISTRICT CRIMINAL CHARGES PURSUANT TO
RULES 5(c)(2) AND (3) OF THE FEDERAL
RULES OF CRIMINAL PROCEDURE

19      Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal Procedure

20 that on January 24, 2024, the above-named defendant was arrested pursuant to an arrest warrant (copy

21 attached) issued upon an

22      ☐      Indictment

23      ☐      Information

24      x      Criminal Complaint

25      ☐      Other (describe) _____

26 pending in the Southern District of California, Case Number 23-MJ-4449.

27      In that case (copy of indictment attached), the defendant is charged with a violation of Title 18,

28 United States Code, Section 1029(a)(2) and (b)(2).

v. 7/10/2018

1  Description of Charges: Conspiracy to Commit Access Device Fraud.

2      The maximum penalties are as follows:

3      10 years prison

4      $250K fine

5      Both prison and fine

6      3 years supervised release

7                                Respectfully Submitted,

8                                ISMAIL J. RAMSEY
                                UNITED STATES ATTORNEY

9

10  Date: January 24, 2024              /S/
                              RYAN ARASH REZAEI

11                                Assistant United States Attorney

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

v. 7/10/2018